UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Haythe
                   Plaintiff(s),

       - v -

City of New York, et al
                   Defendant(s).
------------------------------------------------------X

**Case Management Plan**

07 cv. 8349 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by    2/8/08

(ii)   Amend the pleadings by    2/8/08

(iii)  All discovery to be expeditiously completed by    5/23/08

(iv)  Consent to Proceed before Magistrate Judge    no

(v)   Status of settlement discussions    no  5/27/08 @ 10:00 w.th

**Sections vi through xi will be set at conference with the Court.**

Pre cupala

(vi)  Motions_____

(vii) Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)  Final Pre-Trial Conference_____

(x)   Trial_____

(xi)  Other_____

SO ORDERED: New York, New York
                12/19/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2007

RMB

**Hon. Richard M. Berman, U.S.D.J.**