UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JERMAIN HAYTHE,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK, COMMISSIONER
MARTIN F. HORN, CORRECTIONS CAPTAIN
JOHN DOE #1; C.O. E. LAW, Shield # 10198; C.O. P.
MORAN, Shield # 10679, and C.O. JOHN DOES #1-5;
and the individual defendants sued individually and in
their official capacities,

                                  Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07 CV 8349 (RHB) (MHD)

------------------------------------------------------------------ x

        **WHEREAS,** plaintiff JERMAIN HAYTHE commenced this action, by filing a complaint on or about September 25, 2007 alleging, *inter alia*, violations of certain of his federal rights; and

        **WHEREAS,** defendants deny any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below:

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 5/27/2008

1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees except as provided for in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff the sum of FIFTEEN THOUSAND DOLLARS ($15,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against The City of New York and all individually named defendants, and to release all defendants and any present or former employees or agents of the City of New York, from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph 2 above, and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New

York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

*Clerk to close this case.*

Dated: New York, New York
     May 14, 2008

Michael Hueston, Esq.
350 Fifth Avenue, Suite 4810
Empire State Building
New York, New York 10118

By: _____
    Michael Hueston, Esq. (MH 0931)

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 3-219
New York, New York 10007
(212) 788-1276

By: _____
    Caryn Rosencrantz (CR 3477)
    Assistant Corporation Counsel

**SO ORDERED:**

_RMB_
_____
United States District Judge

5/27/08
_Richard M. Berman_

- 3 -